JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-191 RSM |
| Plaintiff, | |
| vs. | ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |
| JUAN MANUEL LUGO ENRIQUEZ, GUILLERMO VIEYRA SALAS, JAIME ALONSO HERNANDEZ-HERNANDEZ, | |
| Defendants. | |

THE COURT has considered Mr. Vieyra Salas's motion to continue the trial date and the pretrial motions deadline, joined by defendants Juan Manuel Lugo Enriquez and Jaime Alonso Hernandez-Hernandez, and finds that:

    a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsel's need for more time to investigate mitigation, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS
PAGE 1 OF 3
22-191 RSM

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349

b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

d) the ends of justice will best be served by a continuance, and the end of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

e) the additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendants reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

f) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall me continued to June 12, 2023, and a pre-trial motions deadline of May 4, 2023.

DATED this 12th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**ORDER TO CONTINUE TRIAL AND PRETRIAL MOTIONS PAGE 2 OF 3**
22-191 RSM

**LAW OFFICE OF AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349

Presented by:

*/s/ Natalie Findley-Wolf*
Natalie Findley-Wolf, WSBA #40925
Attorney for Defendant

*/s/ Phil Brennan*
Phil Brennan
Attorney for Defendant

**ORDER TO CONTINUE TRIAL
AND PRETRIAL MOTIONS
PAGE 3 OF 3**
22-191 RSM

**LAW OFFICE OF
AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349