JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    vs.<br><br>JUAN MANUEL LUGO-ENRIQUEZ,<br><br>    Defendant. | NO. 22-CR-191 RSM<br><br>ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND MOTIONS DEADLINE |

The Court, having reviewed Mr. Lugo-Enriquez's Unopposed Motion to Continue the Trial Date and Motions Deadline, and being advised that co-defendants GUILLERMO VIEYAS SALAS and JAMIE ALONSO HERNANDEZ-HERNANDEZ and the government do not object to the motion, hereby finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). Because of the volume of discovery and the complexity of the case, the failure to grant a continuance would deny counsel for the defendants reasonable time necessary for effective representation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court therefore ORDERS that the trial date be continued to November 13, 2023, and the

-1-

ORDER TO CONTINUE

The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
e-mail: david@hammerstadlaw.com

motions deadline be extended to September 28, 2023. The period of time between today and the new trial date of November 13, 2023, is excluded pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 8th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE

The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
e-mail: david@hammerstadlaw.com