JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>JUAN MANUEL LUGO-ENRIQUEZ,<br><br>　　　　　Defendant. | NO. 22-CR-191 RSM<br><br>ORDER ON UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE |

Having reviewed defendant Lugo-Enriquez's motion to extend the motions deadline in this case, and being apprised that the government and codefendants' counsel do not object, it is hereby ORDERED that the motions deadline be extended from September 28, 2023 to October 12, 2023.

Dated this 26th day of September, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE