JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  vs.<br><br>JUAN MANUEL LUGO-ENRIQUEZ,<br><br>  Defendant. | NO. 22-CR-191 RSM<br><br>ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND MOTIONS DEADLINE |

The Court, having reviewed Mr. Lugo-Enriquez's Unopposed Motion to Continue the Trial Date and Motions Deadline, and being advised that the government does not object to the motion and that defendants Guillermo Vieyas Salas and Jamie Alonso Hernandez-Hernandez join the motion and that all three defendants have filed waivers of speedy trial, hereby finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). Because of Mr. Lugo-Enriquez's counsel's unavailability in another trial, the volume of discovery and the complexity of the case, the failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective representation, taking into account the exercise of due diligence. 18

-1-

MOTION TO CONTINUE

The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
e-mail: david@hammerstadlaw.com

U.S.C. § 3161(h)(7)(B)(iv). The Court therefore ORDERS that the trial date be continued to March 25, 2024, and the motions deadline be extended to March 8, 2024. The period of time between today and the new trial date of March 25, 2024, is excluded pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 17th day of October, 2023

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

-2-

**MOTION TO CONTINUE**               **The Law Offices of David Hammerstad**
                                      **1000 2nd Ave Suite 3140**
                                      **Seattle, Washington 98104**
                                      **Tel. 206.445.0215 –Fax 206.267.0349**
                                      **e-mail:** david@hammerstadlaw.com