JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

      Plaintiff

    vs.

JUAN MANUEL LUGO-ENRIQUEZ,

      Defendant.

NO. 2:22-CR-191 RSM

ORDER ON MOTION FOR LEAVE TO FILE UNDER SEAL

    This Court, having reviewed the defendant's motion to seal, finds there are compelling reasons to file defendant's sentencing memorandum under seal. The memorandum contains sensitive information which should not be publicly disseminated and may not be easily redacted and should be sealed pursuant to LCR 49.1(e).   Therefore, the Motion is **GRANTED** and the memorandum is accepted under seal.

    DATED this 11th day of March, 2024

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE